# Court of Appeals
# of the State of Georgia

ATLANTA, July 27, 2015

*The Court of Appeals hereby passes the following order*

## A15A1988. EASY AUTO SALES, INC. et al. v. PEARL CAPITAL RIVIS VENTURES, LLC.

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 27, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*